AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| Joni Eades, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-CV-6680 |
| Kennedy, PC. Law Offices | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: defendant's motion to dismiss is granted in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David G. Larimer on a motion for dismissal.

Date: 12/4/2013

*CLERK OF COURT*

*Michael J. Roemer*

*Signature of Clerk or Deputy Clerk*